IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ATLAS M. MUMPHARD and**
**ROBERT JACKSON, JR.**                                                                **PLAINTIFFS**

**VS.**                       **CIVIL ACTION NO. 4:06CV26LR**

**KEMPER COUNTY, MISSISSIPPI and**
**REGINALD SPENDER, Individually and**
**in his official capacity as a Deputy of**
**Kemper County**                                                      **DEFENDANTS**

### **ORDER**

This matter came before the court on the Motion to Quash or Strike Summons by Publication. The Motion seeks to strike the summons by publication on Reginald Spencer, on grounds that summons may not be served in such a manner unless *in rem* jurisdiction exists. The Plaintiff has not responded to this Motion.

IT IS, THEREFORE, ORDERED that the Motion to Quash or Strike Summons by Publication is hereby **granted**.

IT IS SO ORDERED, this the 6th day of September, 2006.

                                                                  S/John M. Roper
                                               UNITED STATES MAGISTRATE JUDGE