IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| ATLAS M. MUMPHARD and ROBERT JACKSON, JR. | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 4:06CV26LR |
| KEMPER COUNTY, MISSISSIPPI and REGINALD SPENCER, Individually and in his official capacity as a Deputy of Kemper County | DEFENDANTS |

## ORDER

This matter came before the court on the Motion for *In Camera* Inspection of Reginald Spencer's Personnel File. The basis for the Motion is the Plaintiff's request for any documents in that file that show "any disciplinary actions taken against Deputy Reginald Spencer or the lack thereof, other complaints filed against Deputy Spencer, previous incidents of like conduct, and the reason he left employment with the Kemper County Sheriff's Department." The court has reviewed the file and finds that the only documents relevant to the first three categories is a letter dated September 21, 2004, from Plaintiff's counsel to Henry Palmer, and a letter dated October 1, 2004, from Marvin E. Wiggins to Mr. Palmer. Although it is likely that Plaintiff's counsel has a copy of these letters, if he does not, then they should be provided to him by defense counsel immediately. With regard to Deputy Spencer's reason for leaving the Sheriff's Department, there is no documentation in the personnel file that would be responsive. However, out of an abundance of caution, the court will order that Deputy Spencer's resignation letter, dated February 27, 2005, be produced.

IT IS, THEREFORE, ORDERED that the Motion for *In Camera* Inspection of Reginald Spencer's Personnel File is hereby **granted**, but only to the extent that the documents referenced above shall be produced to Plaintiff's counsel immediately upon receipt of this Order.

IT IS SO ORDERED, this the 5th day of January, 2007.

S/Linda R. Anderson<br>
UNITED STATES MAGISTRATE JUDGE