IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ATLAS M. MUMPHARD and
ROBERT JACKSON, JR.                                                          PLAINTIFFS

V.                                                      CAUSE NO. 4:06 CV 0026 TSL-JMR

KEMPER COUNTY, MISSISSIPPI,
REGINALD SPENCER, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS A DEPUTY OF
KEMPER COUNTY, MS AND JOHN DOES 1-10                         DEFENDANTS

## JUDGMENT

Beginning January 8, 2007 and concluding January 9, 2007, this action came on for trial before the Court and a jury, the Honorable Tom S. Lee, presiding, and the issues having been tried and the jury having duly rendered its verdict.

IT IS, THEREFORE, ORDERED AND ADJUDGED:

That Plaintiff Atlas M. Mumphard take nothing, and that his 42 USC 1983 Action be dismissed on the merits.

That Plaintiff Robert Jackson, Jr. is awarded and the Defendant Kemper County pay the amount of $5,000.00 as judgment on his 42 USC 1983 action.

SO ORDERED AND ADJUDGED, this the 18th day of January, 2007.


/S/ TOM S. LEE
Honorable Thomas S. Lee
United States District Judge

Approved as to form:


*s/ J. Stewart Parrish*
J. Stewart Parrish, Attorney for Plaintiffs


  /s/ Michael J. Wolf
Michael J. Wolf, Attorney for Defendants



Prepared by:

J. Stewart Parrish, MS BAR #10833
P.O. Box 823
Meridian, MS  39302-0823
601/696-4400
601/696-4455 (facsimile)